■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH MALDONADO, Appellant. [902 NYS2d 468]—Judgment unanimously affirmed. Counsel's motion to be relieved of as-

signment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Monroe County, Francis A. Affronti, J.—Criminal Possession of Stolen Property, 4th Degree). Present—Scudder, P.J., Martoche, Sconiers, Green and Gorski, JJ.